1  Todd M. Friedman (SBN 216752)
   tfriedman@toddflaw.com
2  Adrian R. Bacon (SBN 280332)
   abacon@toddflaw.com
3  Law Offices of Todd M Friedman, P.C.
   21031 Ventura Blvd, Suite 340
4  Woodland Hills, CA 91364
   Telephone: (323) 306-4234
5  Facsimile: (866) 633-0228

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EINAV RONEN, individually and on behalf of all other similarly situated, | Case No. |
| | 2:24-cv-3028-SVW-E |
| Plaintiffs, | |
| -vs- | **JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |
| BORGES USA, INC. d/b/a CARA MIA PRODUCTS, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

///

Stipulation to Dismiss- 1

Respectfully submitted this 16th Day of August, 2024,

**Law Offices of Todd M. Friedman P.C**
By:   s/Adrian R. Bacon
ADRIAN R. BACON Esq
Attorney for Plaintiff

**Amin Wasserman Gurnani, LLP**

/s/ Matthew R. Orr

Matthew R. Orr

Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: August 16, 2024   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  s/ Adrian R. Bacon
Adrian R. Bacon ESQ.
Attorney for Plaintiff

Filed electronically on this 16th Day of August, 2024, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 16th Day of August, 2024.
s/Adrian R. Bacon
ADRIAN R. BACON